UNITED STATES of America,
Plaintiff/Appellant,

v.

Anthony Ray ALLEN,
Defendant/Appellee.

United States of America,
Plaintiff/Appellant,

v.

Billy Gene Moore, Defendant/Appellee.

No. 03–10602.

United States Court of Appeals,
Fifth Circuit.

March 29, 2004.

Susan B. Cowger, US Attorney's Office, Dallas, TX, for Plaintiff–Appellant.

Cheryl B. Wattley, Law Offices of Cheryl B. Wattley, Dallas, TX, for Defendant–Appellee.

Before JONES, WIENER and PRADO, Circuit Judges.[1]

PER CURIAM.

The court has considered the appellant's argument in light of oral argument, the briefs and pertinent portions of the record. Having done so, we find no reversible error and affirm for essentially the reasons stated by the district court.

AFFIRMED.